# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

**MAY 3 0 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT § § § | |
| VS. § | CIVIL ACTION NO. B-02-078 |
| § | |
| CITY OF HARLINGEN AND HARLINGEN § POLICE CHIEF MICHAEL BLAKE § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON CITY OF HARLINGEN'S ORIGINAL COUNTERCLAIM AND APPLICATION FOR TEMPORARY AND PERMANENT INJUNCTIVE RELIEF

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

THIRD FLOOR COURTROOM, #4

DATE AND TIME:

JUNE 14, 2002 AT 10:00 A.M.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

DATE:   MAY 29, 2002

TO:   MR. DAVID S. GONZALES, III
      MR. RICARDO NAVARRO