IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVIVION

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT PLAINTIFF's | § § § § | |
| VS. | § § | CAUSE NO. B-02-078 |
| CITY OF HARLINGEN AND HARLINGEN POLICE CHIEF MICHEAL BLAKE DEFENDANT's | § § § § | |

ORDER ON CITY DEFENDANTS'
APPLICATION FOR TEMPORARY INJUNCTION

On the 14th day of June, 2002, there appeared before the Court Plaintiff's/Counter Defendants and Defendant/Counter-Plaintiffs, each represented by counsel, pursuant to the hearing date set for a Temporary and Permanent Injunctive Relief by Order duly entered on May 30, 2002. Counsel for the respective parties appeared and announced ready.

After consideration of the documentary evidence and stipulations of counsel presented at the haring on June 14, 2002, as well as consideration of the pleadings and motions on file with the Court, and after giving due consideration to the arguments and authorities cited by respective counsel, the Court finds the CITY DEFENDANT'S request for temporary injunctive relief has merit and should be GRANTED, pending receipt of briefs and further hearing.

It is therefore, ORDERED, that Plaintiff/Counter-Defendant, as well as his/its servants and employees, are hereby temporarily restrained and enjoined from maintaining, permitting, playing or amplifying any and all live, recorded, electronic, or other production of music emanating or originating from or near the outdoor cabana area or structure of the business know as Kiko's Mexican Restaurant located at 5501 W. Business Hwy. 83 in Harlingen, Texas, which will cause any sounds to be heard beyond the property of Plaintiff-Counter Defendant.

IT IS FURTHER ORDERD that this matter is set for further hearing on the 26th day of June, 2002, at 2:30 p.m.

It is FURTHER ORDERED that this Temporary Restraining Order shall remain in force and effect through June 26, 2002, unless otherwise modified or extended by further Order of the Court.

SIGNED on 14 day of June, 2002.

HON. FILEMON B. VELA
UNITED STATES DISTRICT JUDGE