# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

**JUN 1 4 2002**

Michael N. Milby
Clerk of Court

JUDGE___FILEMON B. VELA_____

LAWCLERK/COURTROOM DEPUTY: Maria Estela Garcia/Julian Carlos Gomez

COURT REPORTER: Bill Holloway          INTERPRETER:_____

DATE: 6/14/02____   TIME:____9:50 am____/____10:30 am_____
                            Begin                End

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO. __B-02-078_____

PAUL BOULS                                  DAVID S. GONZALEZ, III
KIKO'S MEXICAN RESTAURANT

vs

CITY OF HARLINGEN                           RICARDOD J. NAVARRO
MICHAEL BLAKE, POLICE CHIEF

---

All parties announced ready for hearing on City of Harlingen's Original Counterclaim & Application for Temporary & Permanent Injunctive Relief. Argument of Counsel presented. Court ordered that the parties file briefs on the issue of injunctive relief on Friday, June 21, 2002. Case set for hearing on June 26, 2002 at 2:30 pm.