# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

JUDGE___FILEMON B. VELA_____

LAWCLERK/COURTROOM DEPUTY: Maria Estela Garcia_____

COURT REPORTER: Bill Holloway        INTERPRETER:_____

DATE: 6/26/02          TIME:_____._____/_____
                                      Begin              End

*************************************************************************

CIVIL ACTION NO.____B-02-078_____

PAUL BOULS                                    DAVID S. GONZALEZ, III
KIKO'S MEXICAN RESTAURANT

vs

CITY OF HARLINGEN                             RICARDO J. NAVARRO
MICHAEL BLAKE, POLICE CHIEF

---

T.R.O.: Judge instructed counsel:
— Submit Order — TRO to remain in place
— Date for Hearing set for July 29, 2002.

Case called for TRO hearing. All parties present. Parties ordered to submit Order — TRO to remain in place. Further Hearing set for 7/29/02 at 8:30 a.m.