United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT <br>    PLAINTIFFS <br><br> VS <br><br> CITY OF HARLINGEN AND HARLINGEN POLICE CHIEF MICHAEL BLAKE <br>    DEFENDANTS | CAUSE NO. B-02-078 |

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On the 26th day of June, 2002, there appeared before the Court Plaintiffs/Counter-Defendants and Defendant/Counter-Plaintiffs, each represented by counsel, for the continuation of the hearing date held on June 14, 2002. Counsel for the respective parties appeared and announced ready. At the hearing of June 26, 2002, the Court continued the hearing for July 29, 2002 and extended the temporary restraining order previously entered by the Court.

It is therefore, ORDERED, that the terms and conditions including the bond in the amount of one dollar ($1.00) of the Temporary Restraining Order entered June 14, 2002, is extended to July 29, 2002, said order restrains the following activities:

"Plaintiff/Counter-Defendant, as well as his/its servants and employees, are hereby temporarily restrained and enjoined

from maintaining, permitting, playing, or amplifying any and all live, recorded, electronic, or other production of music emanating or originating from or near the outdoor cabana area or structure of the business known as Kiko's Mexican Restaurant located at 5501 W. Business Hwy. 83 in Harlingen, Texas, which will cause any sounds to be heard beyond the property of Plaintiff-Counter/Defendant."

It is FURTHER ORDERED that this matter is set for further hearing on the 29th day of July, 2002, at 2:30 p.m.

It is FURTHER ORDERED that the Temporary Restraining Order entered on June 14, 2002 shall remain in force and effect through July 29, 2002, unless otherwise modified or extended by further Order of the Court.

SIGNED on 3rd day of July, 2002.

HON. FILEMON B. VELA
UNITED STATES DISTRICT JUDGE