UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT<br>PLAINTIFFS<br><br>VS.<br><br>CITY OF HARLINGEN AND HARLINGEN POLICE CHIEF MICHAEL BLAKE<br>DEFENDANTS | § § § § § § § § § § § CAUSE NO. B-02-078 |

### KIKO PLAINTIFFS' OBJECTIONS TO CITY OF HARLINGEN'S RESPONSE TO KIKO PLAINTIFFS' BRIEF IN SUPPORT OF DECLARATORY JUDGMENT

May It Please The Court:

NOW COMES PLAINTIFFS, PAUL BOULS and KIKO'S MEXICAN RESTAURANT (hereafter "KIKO PLAINTIFFS"), and file these objections to City of Harlingen's (hereafter "CITY DEFENDANTS") brief in response to Kiko Plaintiffs' brief and reply brief in support of declaratory judgment.

### INTRODUCTION

1. On June 14, 2002, the Court order Plaintiffs and Defendants to brief the constitutionality of Harlingen City Ordinance §110.05.

2. Briefs were ordered due on June 21, 2002.

3. On June 21, 2002, Kiko Plaintiffs and City Defendants filed briefs with the Court and exchanged briefs with opposing counsel pursuant to the Court's instruction.

4. Reply Briefs were ordered filed with the Court by June 24, 2002.

5. On June 24, 2002, Kiko Plaintiffs filed a reply brief with the Court pursuant to the Court's instructions.

6. On June 25, 2002, City Defendants filed a reply brief with the Court, without seeking leave of Court or otherwise obtaining the Court's permission to file a brief after the set deadlines.

7. On June 26, 2002, a hearing was scheduled to rule on constitutionality of the Harlingen city ordinance. This hearing was reset for the July 30, 2002.

### OBJECTIONS AND ARGUMENT

City Defendants have gained an unfair advantage by violating the Court's orders and in support argue the following:

1. The Courts orders were abundantly clear. There was no confusion as to when briefs or reply briefs were due with the Court.

2. Kiko Plaintiffs followed all deadlines set by the Court; whereas, City Defendants violated the deadline set for the reply brief. There is no record that City Defendants even attempted to seek permission from the Court to file a reply brief past the time allotted by the Court.

3. Nonetheless, City Defendant's waited until Kiko Plaintiffs submitted both their original brief and reply brief to compose their reply to Kiko Plaintiffs. This effectively gives City Defendants a clear and unfair advantage over Kiko Plaintiffs and rewards City Defendants for circumventing the Court's instructions. This clear violation should not be rewarded as it prejudices Kiko Plaintiff's claims

## PRAYER FOR RELIEF

For the reasons stated above, KIKO PLAINTIFFS ask the Court to disregard or strike from the record City of Harlingen's Response to Kiko Plaintiffs' Brief in Support of Declaratory Judgment. Plaintiffs pray that Plaintiffs be awarded costs and reasonable and necessary attorney's fees, and for such other and further relief that may be awarded at law or in equity.

Respectfully Submitted,

Rio Grande Law Center, bldg,
501 East Tyler Avenue
Harlingen, Texas 78550
Phone: 956/454-0897
Fax: 956/425-1844

By_____
DAVID SILLER GONZALES III
Attorney in Charge
Texas Bar Number 24010060
Federal I.D. Number 25672

## Certificate of Service

I certify that a true copy of this document has been sent by hand delivery to the person listed below on the __29__ day of July, 2002.

Mr. Ricardo J. Navarro
Denton, Navarro & Bernal
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550

_____
DAVID S. GONZALES III