*17*

# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUL 3 0 2002

Michael N. Milby
Clerk of Court

JUDGE __FILEMON B. VELA__

~~LAW CLERK~~/COURTROOM DEPUTY: __Maria F. Garza__

COURT REPORTER: Bill Holloway          INTERPRETER: __None used__

DATE: __7/30/02__          TIME: __1:25 pm .__ / __1:33 pm__
                                                       Begin                     End

*******************************************************************

CIVIL ACTION NO. __B-02-078__

| | |
|---|---|
| PAUL BOULS<br>KIKO'S MEXICAN RESTAURANT | DAVID GONZALEZ, III |
| VS. | |
| CITY OF HARLINGEN,<br>MICHAEL BLAKE, HARLINGEN POLICE CHIEF | RICARDO NAVARRO |

Petitioner and Respondent present. Both parties announced ready to proceed. Court finds that city ordinance is unconstitutional. Petitioner moved to submit affidavit for attorney's fees. Court suggested other relief. Order from Court will be forthcoming.