IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL BOULS AND KIKO'S | § | |
| MEXICAN RESTAURANT | § | |
| PLAINTIFFS | § | |
| | § | |
| V. | § | CAUSE NO. B-02-078 |
| | § | |
| CITY OF HARLINGEN AND | § | |
| HARLINGEN POLICE CHIEF | § | |
| MICHAEL BLAKE | § | |
| DEFENDANTS. | § | |

ORDER

Plaintiff brought the above-referenced cause challenging the constitutionality of Harlingen City Ordinance §110.05, Excessive or Offensive Noise Prohibited Where Intoxicants Sold. Said ordinance seeks to proscribe sound that is "loud, vociferous, vulgar, indecent, lewd, or otherwise offensive to the public." This Court finds Ordinance §110.05 unconstitutional for vagueness and overbreadth.

Though aggrieved parties in this matter may have alternative protections under the law, namely under Title 9, §42.01 of the Texas Penal Code, that matter was not before this Court. Accordingly, the Temporary Restraining Order entered on June 14, 2002 is hereby dissolved.

This ruling does not preclude the complaining residents from seeking relief in their individual capacities. Notwithstanding, this case is hereby dismissed.

Signed on this 30th day of July, 2002.

HON. FILEMON B. VELA
UNITED STATES DISTRICT JUDGE