UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT PLAINTIFFS | § § § § | |
| VS. | § § | CAUSE NO. B-02-078 |
| CITY OF HARLINGEN AND HARLINGEN POLICE CHIEF MICHAEL BLAKE DEFENDANTS | § § § § | |

## KIKO PLAINTIFFS' MOTION FOR ATTORNEY FEES

May It Please The Court:

NOW COMES PLAINTIFFS, PAUL BOULS and KIKO'S MEXICAN RESTAURANT (hereafter "KIKO PLAINTIFFS"), and asks the court to award attorney fees and other related costs, as authorized by TEXAS CIVIL PRACTICE AND REMEDIES CODE § 37.009.

### INTRODUCTION

1. Pauls Bouls and Kiko's Mexican Restaurant are Plaintiffs and Counter-Defendants. City of Harlingen and Harlingen Police Chief Michael Blake are Defendants and Counter-Plaintiffs (hereafter "CITY DEFENDANTS").

2. KIKO PLAINTIFFS sued CITY DEFENDANTS in state district court for various Texas and United States constitutional violations stemming from the enforcement of Harlingen Municipal Ordinance §110.05. KIKO PLAINTIFFS filed for both

injunctive relief on April 8, 2002 and declaratory relief on April 16, 2002 to prevent the enforcement of the ordinance and have it declared unconstitutional.

3. On April 16, 2002, CITY DEFENDANTS filed their notice of removal based on federal question jurisdiction. On April 24, 2002, CITY DEFENDANTS' filed their supplemental notice of removal again based on federal question jurisdiction.

4. CITY DEFENDANTS filed an Original Answer to Plaintiffs' Application for Temporary and Permanent Injunctive Relief and Original Petition for Declaratory Judgment on April 30, 2002.

5. CITY DEFENDANTS then filed an Original Counterclaim and Application for Temporary and Permanent Injunctive Relief on May 24, 2002 under pendant jurisdiction for civil enforcement of Harlingen Municipal Ordinance §110.05.

6. The court granted KIKO PLAINTIFFS' declaratory judgment finding Harlingen City Ordinance §110.05 unconstitutional after consideration of documentary evidence, stipulations of counsel and briefs submitted. On July 31, 2002, the clerk entered the order of said court.

**ARGUMENT**

This proceeding was brought before the court pursuant to CHAPTER 37 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, which provides for "costs and reasonable and necessary attorney's fees as are equitable and just." SEC. 37.009.

1. KIKO PLAINTIFFS defended and investigated over two hundred complaints made against KIKO PLAINTIFFS. Each complaint was found to have no merit.

2

2. KIKO PLAINTIFFS made presentations to Harlingen City officials regarding frivolous complaints.

3. KIKO PLAINTIFFS successfully defended two criminal prosecutions and one civil enforcement initiated by CITY DEFENDANTS pursuant to City ordinance §110.05. This ordinance has now been deemed unconstitutional by order of the court.

4. KIKO PLAINTIFFS filed for injunctive and declaratory relief in state court and were forced to defend against CITY DEFENDANTS' counterclaim and injunctive relief in federal court. KIKO PAINTIFFS again prevailed.

5. KIKO PLAINTIFFS seek $27,370 (Twenty-seven Thousand, Three Hundred and seventy dollars) as the fair and reasonable amount of attorney fees, as established be the affidavit of David S. Gonzales III, attached as Exhibit A and B David S. Gonzales III spent approximately 322 (Three hundred and twenty-two) hours and charged the prevailing rate of $85.00 (Eighty-five dollars) per hour. This hourly rate includes costs of court but does not include the $1000 (One Thousand dollar) bond posted KIKO PLAINTIFFS. This bond is subject to remittance to KIKO PLAINTIFFS by the Cameron County District Clerk upon final disposition of this cause and therefore is not sought as costs in this motion.

**PRAYER FOR RELIEF**

For the reasons stated in this motion, KIKO PLAINTIFFS ask the court to award attorney's fees and costs to Kiko Plaintiffs as are reasonable, necessary, equitable and just.

Respectfully Submitted,

Rio Grande Law Center, bldg,
501 East Tyler Avenue
Harlingen, Texas 78550
Phone: 956/454-0897
Fax: 956/425-1844

By: _____
DAVID SILLER GONZALES III
Attorney in Charge
Texas Bar Number 24010060
Federal I.D. Number 25672

### Certificate of Service

I certify that a true copy of this document has been sent by hand delivery to the person listed below on the 14th day of August, 2002.

Mr. Ricardo J. Navarro
Denton, Navarro & Bernal
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550

_____
DAVID S. GONZALES III

4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL BOULS AND KIKO'S § <br> MEXICAN RESTAURANT § <br>     PLAINTIFFS § <br> § <br> VS. § <br> §     CAUSE NO. B-02-078 <br> § <br> CITY OF HARLINGEN AND § <br> HARLINGEN POLICE CHIEF § <br> MICHAEL BLAKE § <br>     DEFENDANTS § | |

**AFFIDAVIT OF DAVID S. GONZALES IN SUPPORT OF
REQUEST FOR ATTORNEY'S FEES**

    **BEFORE ME**, the undersigned authority, on this day personally appeared David S. Gonzales, who swore on oath that the following facts are true:

    "My name is David S. Gonzales. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I am personally acquainted with the facts stated herein and they are all true and correct.

1. I am an attorney licensed to practice in the State of Texas and the Southern District of Texas, Brownsville Division.

2. Plaintiff, Paul Bouls retained me to represent him and Kiko's Mexican Restaurant in his dealings with the City of Harlingen and their attempted enforcement of City Noise Ordinance §110.05

3. The nature of this case required that I spend approximately 322 (three hundred and Twenty-two) hours both prosecuting and defending Kiko's Mexican Restaurant.

4. I charged Paul Bouls, $85 (Eighty-five dollars) per hour for my services. These fees are reasonable, necessary, equitable and just for the services performed.

Exhibit A

5. The fee I charged is one customarily charged in this area for the same or similar services for an attorney with my experience, reputation, and ability, considering the nature of the controversy, time limitations imposed, the results obtained compared with results in similar cases, and the nature and length of my reputation with Paul Bouls.

6. The record of hours worked from my office is attached as Exhibit B, which accurately reflects the amount of time, and attorney fees (including legal professionals under my supervision) expended in this matter. This record of hours worked and business records affidavit (Exhibit 8) is incorporated into this affidavit by reference as if set forth in full.

7. It is my opinion that in the event this case is appealed to the court of appeals, attorney's fees in the amount of $10,000 would be a reasonable fee for services performed in this cause on appeal to the court of appeals.

8. It is my opinion that in the event this case is appealed to the Supreme Court, additional attorney's fees in the amount of $15,000 would be a reasonable fee for services performed in this cause on appeal to the Texas Supreme Court."

SIGNED on _August 14_, 2002.

_____
David S. Gonzales III, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on _August 14, 2002_, by _David S. Gonzales, III_.

_____
Notary Public, State of Texas

ELIZABETH M. SILVA
Notary Public, State of Texas
My Commission Expires
July 20, 2004

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT<br>PLAINTIFFS | § § § § | |
| VS. | § § | CAUSE NO. B-02-078 |
| CITY OF HARLINGEN AND HARLINGEN POLICE CHIEF MICHAEL BLAKE<br>DEFENDANTS | § § § § | |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared David S. Gonzales III, who, being by me duly sworn, deposed as follows:

"My name is David S. Gonzales, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein:

"I am the custodian of the records of Rio Grande Law Center, bldg.. Attached hereto are 2 pages of records from Rio Grande Law Center, bldg.. These said 2 pages are kept by Rio Grande Law Center, bldg. in the regular course of business, and it was the representative of Rio Grande Law Center, bldg., with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the records or to transmit information thereof to be included in such records; and the records were made at or near the time or reasonably soon thereafter. The records attached hereto are either the originals or the exact duplicates of the originals."

SIGNED on August 14, 2002.

_____
David S. Gonzales III, Affiant

Exhibit B

SUBSCRIBED AND SWORN TO BEFORE ME on August 14, 2002, by David A. Ingalls, III.

_Elizabeth M. Silva_
Notary Public, State of Texas

**ELIZABETH M. SILVA**
Notary Public, State of Texas
My Commission Expires
**July 20, 2004**

| Subject | LStart | End | Recur... | Cat... | In Folder |
|---|---|---|---|---|---|
| Kiko's initial consultation | Fri 5/18/01 2:00 PM | Fri 5/18/01 5:00 PM  no Charge | | (none) | Calendar |
| Kiko's house call | Sat 5/26/01 10:00 PM | Sun 5/27/01 12:00 AM | | (none) | Calendar |
| Kiko's house call | Thu 5/31/01 10:00 PM | Fri 6/1/01 12:00 AM | | (none) | Calendar |
| Kiko's house call | Fri 6/1/01 10:00 PM | Sat 6/2/01 12:00 AM | | (none) | Calendar |
| Kiko's house call | Sat 6/2/01 10:00 PM | Sun 6/3/01 12:00 AM | | (none) | Calendar |
| Kiko contract and agreement | Fri 6/22/01 3:30 PM | Fri 6/22/01 4:30 PM  No Charge | | (none) | Calendar |
| Kiko's house call | Fri 6/29/01 10:00 PM | Sat 6/30/01 12:00 AM | | (none) | Calendar |
| Kiko's house call | Sat 6/30/01 10:00 PM | Sun 7/1/01 12:00 AM | | (none) | Calendar |
| Work on Kikos's | Tue 7/3/01 2:30 PM | Tue 7/3/01 7:30 PM | | (none) | Calendar |
| Kiko's house call | Fri 7/6/01 10:00 PM | Sat 7/7/01 12:00 AM | | (none) | Calendar |
| work on kiko's case | Sat 7/7/01 12:00 PM | Sat 7/7/01 3:00 PM | | (none) | Calendar |
| Kiko's house call | Sat 7/7/01 9:00 PM | Sun 7/8/01 12:00 AM | | (none) | Calendar |
| Kiko's | Tue 7/17/01 9:00 AM | Tue 7/17/01 5:00 PM | | (none) | Calendar |
| Kiko's noise reading house call | Sat 7/21/01 12:00 AM | Sat 7/21/01 2:00 AM | | (none) | Calendar |
| Kiko's house call | Fri 7/27/01 10:00 PM | Sat 7/28/01 12:00 AM | | (none) | Calendar |
| Kiko's house call | Sat 7/28/01 10:00 PM | Sun 7/29/01 12:00 AM | | (none) | Calendar |
| Kiko's | Tue 7/31/01 5:00 PM | Tue 7/31/01 9:00 PM | | (none) | Calendar |
| Kiko's house call | Thu 8/2/01 10:00 PM | Fri 8/3/01 12:00 AM | | (none) | Calendar |
| kikos | Thu 8/16/01 3:30 PM | Thu 8/16/01 4:00 PM | | (none) | Calendar |
| Kiko's noise ordinance review | Tue 9/25/01 1:00 PM | Tue 9/25/01 5:00 PM | | (none) | Calendar |
| muni visit on KIKos and Candanoza | Mon 10/1/01 10:00 AM | Mon 10/1/01 11:00 AM  ½ h | | (none) | Calendar |
| worked on Kikos | Mon 10/1/01 12:00 PM | Mon 10/1/01 2:00 PM | | (none) | Calendar |
| Kiko's call hilda at Boswell 42891... | Mon 10/1/01 2:00 PM | Mon 10/1/01 2:30 PM | | (none) | Calendar |
| Kiko's work on presentation | Mon 10/1/01 2:30 PM | Mon 10/1/01 5:00 PM | | (none) | Calendar |
| Meet Boswell Kiko's | Tue 10/2/01 1:00 PM | Tue 10/2/01 3:00 PM | | (none) | Calendar |
| met connie Kiko's | Tue 10/2/01 3:00 PM | Tue 10/2/01 4:00 PM | | (none) | Calendar |
| Townhall Meeting Kiko's present... | Wed 10/3/01 4:00 PM | Wed 10/3/01 7:00 PM | | (none) | Calendar |
| bredan hall to set meeting on kikos | Tue 1/8/02 9:30 AM | Tue 1/8/02 10:30 AM | | (none) | Calendar |
| talk to KiKos | Mon 1/21/02 1:30 PM | Mon 1/21/02 2:00 PM | | (none) | Calendar |
| kikos lunch f de valle | Wed 1/23/02 1:30 PM | Wed 1/23/02 2:00 PM | | (none) | Calendar |
| kiko's fire inspector | Mon 2/4/02 6:00 PM | Mon 2/4/02 9:00 PM | | (none) | Calendar |
| Kiko's fire inspector | Tue 2/5/02 6:00 PM | Tue 2/5/02 9:00 PM | | (none) | Calendar |
| Kiko's open records | Mon 2/11/02 6:00 PM | Mon 2/11/02 9:00 PM | | (none) | Calendar |
| Kiko's document review | Fri 2/15/02 9:00 AM | Fri 2/15/02 12:00 PM | | (none) | Calendar |
| Kiko's open records | Sat 2/16/02 9:00 AM | Sat 2/16/02 12:00 PM | | (none) | Calendar |
| kiko's document review | Sat 3/2/02 9:00 AM | Sat 3/2/02 5:00 PM | | (none) | Calendar |
| kiko's document review | Tue 3/5/02 5:00 PM | Tue 3/5/02 9:00 PM | | (none) | Calendar |
| Kiko's document review | Wed 3/6/02 1:00 PM | Wed 3/6/02 5:00 PM | | (none) | Calendar |
| Kiko's file motions | Tue 3/12/02 8:00 AM | Tue 3/12/02 12:00 PM | | (none) | Calendar |
| Kiko's house call arrest | Sun 3/17/02 12:00 AM | Sun 3/17/02 3:00 AM | | (none) | Calendar |
| Kiko's confrence | Mon 3/18/02 9:00 PM | Tue 3/19/02 12:00 AM | | (none) | Calendar |
| kiko's open records | Wed 3/20/02 1:00 PM | Wed 3/20/02 5:00 PM | | (none) | Calendar |
| kiko's open records | Thu 3/21/02 3:00 PM | Thu 3/21/02 5:00 PM | | (none) | Calendar |
| kikos open record  hpd grievance | Fri 3/22/02 2:00 PM | Fri 3/22/02 5:00 PM | | (none) | Calendar |
| Kiko's research | Mon 3/25/02 1:00 PM | Mon 3/25/02 5:00 PM | | (none) | Calendar |
| Kiko's research tort claims muni ... | Tue 3/26/02 1:00 PM | Tue 3/26/02 5:00 PM | | (none) | Calendar |
| Arraingnment of Paul Bouls Kiko's | Fri 3/29/02 9:00 AM | Fri 3/29/02 12:00 PM | | (none) | Calendar |
| Kiko's hpd grievance | Tue 4/2/02 1:00 PM | Tue 4/2/02 5:00 PM | | (none) | Calendar |
| Kiko's research | Fri 4/5/02 1:00 PM | Fri 4/5/02 4:00 PM | | (none) | Calendar |
| Kiko's lawsuit research | Sat 4/6/02 5:00 PM | Sun 4/7/02 12:00 AM | | (none) | Calendar |
| Kiko's prepare lawsuit | Sun 4/7/02 4:00 PM | Sun 4/7/02 11:00 PM | | (none) | Calendar |
| File Kiko's Temp Injunction | Mon 4/8/02 8:00 AM | Mon 4/8/02 8:30 AM | | (none) | Calendar |
| Kikos prepare and file lawsuit | Tue 4/9/02 12:00 PM | Tue 4/9/02 5:00 PM | | (none) | Calendar |
| Kiko's prepare law suit | Thu 4/11/02 1:00 PM | Thu 4/11/02 5:00 PM | | (none) | Calendar |
| Kiko's prepare and file law suit | Fri 4/12/02 1:00 PM | Fri 4/12/02 8:00 PM | | (none) | Calendar |
| Kiko's lawsuit research | Sat 4/13/02 9:00 AM | Sat 4/13/02 5:00 PM | | (none) | Calendar |

David S. Gonzales                                            1                                            8/14/02

| | Subject | Start | End | Recur... | Cat... | In Folder |
|---|---|---|---|---|---|---|
| | Kiko's lawsuit research | Sun 4/14/02 1:00 PM | Sun 4/14/02 8:00 PM | (none) | | Calendar |
| | Kiko's lawsuit | Mon 4/15/02 5:00 PM | Tue 4/16/02 12:00 AM | (none) | | Calendar |
| | Kiko's file motion | Tue 4/16/02 8:00 AM | Tue 4/16/02 12:00 PM | (none) | | Calendar |
| | Kikos | Mon 4/22/02 9:00 AM | Mon 4/22/02 9:30 AM | (none) | | Calendar |
| | Patrick Rodriguez on Kikos | Tue 4/23/02 8:30 AM | Tue 4/23/02 9:00 AM | (none) | | Calendar |
| | Kiko's document review | Fri 4/26/02 1:00 PM | Fri 4/26/02 4:00 PM | (none) | | Calendar |
| | cases for kikos | Tue 5/7/02 3:30 PM | Tue 5/7/02 4:00 PM | (none) | | Calendar |
| | Kiko's | Sun 5/12/02 9:00 AM | Sun 5/12/02 5:00 PM | (none) | | Calendar |
| | Kiko's Open records | Mon 5/13/02 9:00 AM | Mon 5/13/02 5:00 PM | (none) | | Calendar |
| | Kiko's | Tue 5/14/02 9:00 AM | Tue 5/14/02 5:00 PM | (none) | | Calendar |
| | Townhall Meeting  Kiko's | Wed 5/15/02 3:00 PM | Wed 5/15/02 6:00 PM | (none) | | Calendar |
| | Kikos | Thu 5/16/02 1:00 PM | Thu 5/16/02 4:00 PM | (none) | | Calendar |
| | Kiko's open record | Fri 5/17/02 1:00 PM | Fri 5/17/02 5:00 PM | (none) | | Calendar |
| | Kiko's | Mon 5/27/02 9:00 AM | Mon 5/27/02 5:00 PM | (none) | | Calendar |
| | Kiko's fed motions | Mon 6/10/02 5:00 PM | Mon 6/10/02 8:00 PM | (none) | | Calendar |
| | Kiko's fed motion | Tue 6/11/02 8:00 AM | Tue 6/11/02 5:00 PM | (none) | | Calendar |
| | Kiko's fed motions | Wed 6/12/02 8:00 AM | Wed 6/12/02 12:00 PM | (none) | | Calendar |
| | Kiko's prepar for court | Thu 6/13/02 10:00 AM | Thu 6/13/02 5:00 PM | (none) | | Calendar |
| | hearing federal KIKOS | Fri 6/14/02 10:00 AM | Fri 6/14/02 12:00 PM | (none) | | Calendar |
| | Kiko's incorrect order Btown | Fri 6/14/02 2:00 PM | Fri 6/14/02 5:00 PM | (none) | | Calendar |
| | Kiko's vms intrview | Sat 6/15/02 10:00 AM | Sat 6/15/02 12:00 PM | (none) | | Calendar |
| | Kiko's research | Tue 6/18/02 5:00 PM | Tue 6/18/02 9:00 PM | (none) | | Calendar |
| | Kiko's research | Wed 6/19/02 3:00 PM | Thu 6/20/02 12:00 AM | (none) | | Calendar |
| | Kiko's research | Thu 6/20/02 8:00 AM | Thu 6/20/02 12:00 PM | (none) | | Calendar |
| | Kiko's research | Thu 6/20/02 1:00 PM | Thu 6/20/02 8:00 PM | (none) | | Calendar |
| | Kiko's fed motion | Fri 6/21/02 8:00 AM | Fri 6/21/02 12:00 PM | (none) | | Calendar |
| | kiko's research | Sat 6/22/02 9:00 AM | Sat 6/22/02 5:00 PM | (none) | | Calendar |
| | Kiko's research | Sun 6/23/02 9:00 AM | Sun 6/23/02 5:00 PM | (none) | | Calendar |
| | Reply brief kikos | Mon 6/24/02 5:00 PM | Mon 6/24/02 6:00 PM | (none) | | Calendar |
| | Hearing kiko.s | Wed 6/26/02 2:00 PM | Wed 6/26/02 4:30 PM | (none) | | Calendar |
| | Kiko's research | Sun 7/28/02 9:00 AM | Sun 7/28/02 5:00 PM | (none) | | Calendar |
| | kikos decision | Mon 7/29/02 10:00 AM | Mon 7/29/02 11:00 AM | (none) | | Calendar |
| | Kikos federal | Tue 7/30/02 1:30 PM | Tue 7/30/02 3:00 PM | (none) | | Calendar |