

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 2 3 2002
Michael N. Milby, Clerk

| | |
|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT<br>　　Plaintiffs,<br><br>VS<br><br>CITY OF HARLINGEN AND MICHAEL BLAKE, HARLINGEN POLICE CHIEF<br>　　Defendants. | §§§§§§§§§§ CIVIL ACTION NO. B-02-078 |

### ORDER SETTING HEARING ON KIKO PLAINTIFFS' MOITON FOR ATTORNEY FEES

It is ORDERED that Kiko Plaintiffs' Motion for Attorney Fees is set for hearing on the 30th day of September, 2002 at 8:30 a.m. in the United States District Courthouse, Brownsville, Texas.

SIGNED this 23rd day of August, 2002.

                                            _____
                                            FILEMON B. VELA
                                            United States District Judge