24

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL BOULS AND KIKO'S MEXICAN RESTAURANT<br>PLAINTIFFS | § § § § | |
| VS. | § § | CAUSE NO. B-02-078 |
| CITY OF HARLINGEN AND HARLINGEN POLICE CHIEF MICHAEL BLAKE<br>DEFENDANTS | § § § § | |

United States District Court
Southern District of Texas
FILED

OCT 0 1 2002

Michael N. Milby
Clerk of Court

**KIKO PLAINTIFFS' FIRST AMENDED APPLICATION FOR
TEMPORARY AND PERMANENT INJUNCTION**

May It Please The Court:

NOW COMES PLAINTIFFS, PAUL BOULS and KIKO'S MEXICAN RESTAURANT, and file this Plaintiffs' Application for Temporary and Permanent Injunction against City of Harlingen and Harlingen Police Chief Michael Blake, defendants herein, and in support thereof, show the Honorable Court the following:

**PARTIES AND SERVICE**

1. Plaintiff, Paul Bouls, is an Individual, who is a citizen of the State of Texas.

2. Plaintiff, Kiko's Mexican Restaurant, is a corporation, incorporated under the laws of the State of Texas.

3. Defendant City of Harlingen is a municipality, and may be served with a citation **directed to said Defendant** at the following address: City Hall, 118 East Tyler Ave., Harlingen, Texas 78550. Service of said Defendant as described above can be effected by personal delivery.

4. Defendant Harlingen Police Chief Michael Blake is an

individual who is a citizen of the state of Texas, and may be served with process at his place of employment at the following address: 1102 S. Commerce Street, Harlingen Texas 78550. Service of said Defendant as described above can be effected by personal delivery.

### JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. This court has jurisdiction over the parties because Defendants are Texas residents.

7. Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### FACTS

8. Paul Bouls owner and manager of Kiko's Mexican Restaurant was informed by the City of Harlingen that applicable noise guidelines for a Cabana-style addition to his Mexican restaurant was Section 42.01 of the Texas Penal Code or 85 decibels. Subsequently Paul Bouls was cited with violation of Harlingen City Ordinance Section 110.05 (Excessive or Offensive Noise Prohibited Where Intoxicants Sold) and arrested.

9. Plaintiffs seek to preserve the status quo in this matter until a final trial on the merits of Plaintiffs' claims. Unless Defendants are temporarily restrained during the pendency of this litigation, Defendants will be exposed to arrest and incarceration and suffer severe financial injuries, and as more set

forth below, will cause Plaintiffs irreparable injury for which there is no adequate remedy at law.

**ELEMENTS**

10. In light of the above-described facts, Plaintiffs seek recovery from Defendants. The nature of the lawsuit is that Plaintiffs, its agents and representatives have been denied their liberty and property without due process of law, in violation of the Texas Constitution; that the ordinance being applied has no ascertainable standard of guilt and that the terms used within the ordinance are fatally vague, uncertain and overly broad. Furthermore Plaintiffs detrimentally relied upon the City of Harlingen for due process with respect to notice of applicable and enforced ordinances by the City of Harlingen.

11. Plaintiffs are likely to succeed on the merits of its lawsuit because the city ordinance being enforced is unconstitutionally vague and over broad and the City of Harlingen continues to enforce such Ordinance knowing it is unconstitutionally vague in violation of the Texas Constitution.

12. Unless this Honorable Court temporarily restrains the Defendants until a final trial on the merits of Plaintiffs' case, the Plaintiffs will suffer irreparable injury, for which there is no adequate remedy at law to give Plaintiffs complete, final and equal relief. More specifically, Plaintiffs will show the court the following:

    A. The harm to Plaintiffs is imminent because police show up routinely to enforce such ordinance based on anonymous reports of violations of such ordinance.

B. This imminent harm will cause Plaintiffs irreparable injury to property and personal rights in that Paul Bouls has been arrested and deprived of liberty based on anonymous reports. Furthermore such enforcement continues to have a chilling effect on legitimate business, as well as frightening potential employees from working at Kiko's Mexican Restaurant.

C. There is no adequate remedy at law which will give Plaintiffs complete, final and equal relief because the City of Harlingen is unconstitutionally applying the ordinance in question, whereby Plaintiffs are randomly subjected to incarceration only to have such charges dropped. Furthermore enjoyment of this property is unique for which no remedy at law exists.

13. Furthermore, Plaintiffs should be granted a temporary injunction because:

A. Plaintiffs are entitled to the relief demanded above, and all or part of the relief requires the restraint of the acts described above which are prejudicial to the Plaintiffs.

B. The Plaintiffs are entitled to a writ of injunction under the principles of equity and the laws of Texas relating to injunctions because the discriminate enforcement of an overly broad and vague ordinance is a violation of the Texas Constitution.

**BOND**

14. Plaintiffs are willing to post a reasonable temporary restraining order bond and requests the court to set such bond.

**REMEDY**

15. Plaintiffs have met Plaintiffs' burden by establishing each element which must be present before injunctive relief can be granted by this court, therefore Plaintiffs are entitled to the requested temporary injunction order.

16. Plaintiffs request the court to enjoin City of Harlingen and Harlingen Police Chief Michael Blake from responding to and enforcing alleged violations of City Ordinance 110.05 at Kiko's Mexican Restaurant, 5501 West Business 83, Harlingen, Texas 78550.

17. It is essential that the Court temporarily enjoin City of Harlingen and Harlingen Police Chief Michael Blake, Defendants herein, from these acts until final trial on the merits of Plaintiffs' case. In order to preserve the status quo during the pendency of this action, the Defendants should be cited to appear and show cause why they should not be temporarily enjoined from responding to and enforcing alleged violations of City Ordinance 110.05 at Kiko's Mexican Restaurant, 5501 West Business 83, Harlingen, Texas 78550.

18. On final trial on the merits, that the Court permanently enjoin City of Harlingen and Harlingen Police Chief Michael Blake, Defendants herein, from responding to and enforcing Harlingen City Ordinance 110.05.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Paul Bouls and Kiko's Mexican

Restaurant, Plaintiffs herein, respectfully pray that:

    A. City of Harlingen and Harlingen Police Chief Michael Blake, Defendants, will be cited to appear and answer herein;

    B. After notice and hearing, a temporary injunction will issue enjoining and restraining City of Harlingen and Harlingen Police Chief Michael Blake, Defendants, Defendants' officers, agents, servants, employees, successors and assigns, and attorneys from directly or indirectly responding to and enforcing alleged violations of City Ordinance 110.05 at Kiko's Mexican Restaurant, 5501 West Business 83, Harlingen, Texas 78550;

    C. The court set a reasonable bond for the temporary injunction;

    D. After trial on the merits, the Court permanently enjoin City of Harlingen and Harlingen Police Chief Michael Blake, Defendants, Defendants' officers, agents, servants, employees, successors and assigns, and attorneys from directly or indirectly responding to and enforcing Harlingen City Ordinance 110.05.

    E. For such other and further relief, in law or in equity, to which Plaintiffs may be justly entitled.

                          Respectfully Submitted,

                          Rio Grande Law Center, bldg,
                          501 East Tyler Avenue
                          Harlingen, Texas 78550
                          Phone: 956/454-0897
                          Fax: 956/425-1844

```
                        By_____
                        DAVID SILLER GONZALES III
                        Attorney in Charge
                        Texas State Bar Number 24010060
                        Federal I.D. Number 25672
```

**Certificate of Service**

I certify that a true copy of this document has been sent by hand delivery to the person listed below on the ___30___ day of September, 2002.

Mr. Ricardo J. Navarro
Denton, Navarro & Bernal
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550

```
                        _____
                        DAVID S. GONZALES III
```

**Certificate of Conference**

I certify that on September 30, 2002, I conferred with Mr. Ricardo J. Navarro and he does   oppose amendments to Plaintiffs' Application for Temporary and Permanent Injunction.

```
                        _____
                        DAVID S. GONZALES III
```

7